**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Levander MEADERS, Defendant— Appellant.**

No. 05–4593.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2006.

Decided: Jan. 31, 2006.

R. Deke Falls, Barnett & Falls, Charlotte, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, Kearns Davis, Assistant United States Attorney, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, Chief Judge, and WILKINSON and NIEMEYER, Circuit Judges.

PER CURIAM:

Levander Meaders appeals his conviction and sentence for one count each of stealing firearms from a federally licensed firearm dealer, *see* 18 U.S.C.A. § 922(u) (West 2000); possession of stolen firearms, *see* 18 U.S.C.A. § 922(j) (West 2000); and being a felon in possession of a firearm, *see* 18 U.S.C.A. § 922(g)(1) (West 2000). Finding no error, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*